UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

LINDA SLADE, INDIVIDUALLY AND AS
THE REPRESENTATIVE OF A CLASS OF          22-cv-1664 (JGK)
SIMILARLY SITUATED PERSONS,

                              ORDER

                Plaintiff,

  - against -

JENNIFER YEN BEAUTY, INC. D/B/A
PURLISSE,

                Defendant.
---

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 12, 2022 is **canceled**. The plaintiff is reminded that the summons and complaint must be served on the defendant within 90 days of the date the complaint was filed. See Fed. R. Civ. P. 4(m).

SO ORDERED.
Dated:    New York, New York
            May 3, 2022

                                                John G. Koeltl
                                        United States District Judge